# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

One Maritimo M70 yacht manufactured by Maritimo Offshore PTY Ltd. at Coomera QLD, Australia in 2016, named Dragon Pearl, measuring 70 feet 7 inches, weighing 92 gross tons, and registered in the Republic of the Marshall Islands, with a registration number 71204.

**SEIZURE WARRANT**

**CASE NUMBER: 2:19-mj-222**

TO: <u>Federal Bureau of Investigation ("FBI")</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Young Oh</u> who has reason to believe that in the <u>Hope Habour, Queensland, Australia</u> there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One Maritimo M70 yacht manufactured by Maritimo Offshore PTY Ltd. at Coomera QLD, Australia in 2016, named Dragon Pearl, measuring 70 feet 7 inches, weighing 92 gross tons, and registered in the Republic of the Marshall Islands, with a registration number 71204

**which is** (state one or more bases for seizure under United States Code)

**subject to seizure and forfeiture under** 18 U.S.C. §§ 981(a)(1)(C) and (b), 982(b) and 853(f),

**concerning a violation of Title** 18 **United States Code, Section(s)** 1343.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant through a filing with the Clerk's Office. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out above.

Date and Time Issued

January 28, 2019  11:45 a.m.
**Hon. Frederick F. Mumm, U.S. Magistrate Judge**
Name and Title of Judicial Officer

Los Angeles, California
City and State

*Frederick F. Mumm*
Signature of Judicial Officer

AUSA Jonathan Galatzan:aa

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| January 28, 2019 | February 1, 2019 (Date of MLA to Australia) | "Interested Parties" Identified below were notified on or about Feb 6, 2019 |

**INVENTORY MADE IN THE PRESENCE OF**

Maritimo Offshore Pty Ltd in Queensland, Australia

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

On or about February 6, 2019, Australian Federal Police Commissioner filed the registration of the seizure warrant in the District Court of Queensland, Australia to obtain authority to restrain the asset, a vessel named "Dragon Pearl," measuring 70 feet 7 inches. The vessel is restrained in Maritimo Boat Master Yard in Queensland until the Australian Federal Police filed an Application with the court to obtain control and custody of the vessel. The filing of the Application is pending as of March 6, 2019. The "Interested Parties" who were notified of the seizure warrant are as follows: ①Linkage Access Limited (BVI company); ②Holman Fenwick Willan in Hong Kong; ③Mills Oakley Lawyers in Australia; and ④Jonathan King Bankruptcy Trustee. They were notified by prepaid post and email. Maritimo was served with a hard copy document on Feb. 6, 2019.

## CERTIFICATION

I declare under penalty of perjury that I am an officer who furnished the seizure warrant to DOJ OIA representative who drafted the MLA (Mutual Legal Assistance) to Australia executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: March 6, 2019

_Young Oh_
Executing Officer's Signature

_Young Oh, Special Agent_
Printed Name and Title

AUSA Jonathan Galatzan:aa